UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PANAGIOTIS THEODOROPOULOS,

Plaintiff,

v.

COUNTY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:19-cv-00417-JGB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Plaintiff's claims against the City Defendants are dismissed with prejudice; (2) Plaintiff's claims of retaliation, inadequate medical care, false arrest, and false imprisonment against the County Defendants are dismissed with prejudice; (3) Plaintiff is given leave to amend his

deliberate fabrication of evidence and state law negligence claims against the County Defendants; and (4) Plaintiff is not given leave to add new Defendants or new claims.

DATED: November 13, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE