JS-6
o

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAGIOTIS THEODOROPOULOS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:19-cv-00417-JGB (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and the entire action is dismissed with prejudice.

DATED: October 20, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE